```
                    FILED
                 SEP 16 2010
         UNITED STATES BANKRUPTCY COURT
         EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                               Case No. 10-16090-A-7
                                    DC No. DMM-1
CARL D. THIBODEAUX and
CYNTHIA A. THIBODEAUX

       Debtor.
_____/

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING MOTION OF WELLS FARGO BANK, N.A.
FOR RELIEF FROM STAY**

    A hearing was held August 24, 2010, on the motion of Wells Fargo Bank, N.A. ("Wells Fargo") for relief from stay in this case. Following the hearing, the debtors were given until September 1, 2010, to file a declaration in support of their argument that Wells Fargo had not given them credit for all payments they had made. The debtors failed to file a declaration, and the court now rules on the motion.

    The debtors borrowed $750,000 from Wells Fargo, and that obligation was secured by a deed of trust on real property known as 12411 Crown Crest Drive, Bakersfield, California (the "Property"). The deed of trust was duly recorded. In January 2010, Wells Fargo filed and recorded a Notice of Default due to nonpayment. According to the declaration of Lauren Annable, vice president for Wells Fargo, in support of the motion, no payments

have been made on the note since April 2009, and the total due and owing is now $675,975.64. Wells Fargo accepted the value the debtors gave to the Property in Schedule B of $463,900.

In opposition to the motion, the debtors filed a declaration stating that:

> "We are the owners of the real estate located at 12411 Crown Crest Drive, Bakersfield, CA 93311. We do not believe we have been given credit for all payments made."

Bankruptcy Code § 362(g) states that the party requesting relief from stay has the burden of proof on the issue of the debtor's equity in the property, and the party opposing relief from stay has the burden of proof on all other issues. Thus, here Wells Fargo has the burden of proof on the issue of debtors' equity in the Property. The parties do not disagree about the value of the Property or about the fact that the obligation to Wells Fargo is greater than the value of the Property subject to the deed of trust securing the obligation. The only dispute is the extent to which the debtors are delinquent in payments. On this issue, which might be characterized as whether Wells Fargo has adequate protection, the debtors have the burden of proof.

The debtors have failed to meet that burden of proof. The declaration simply stating that debtors do not believe they have been given credit for all payments made does not suffice to meet their burden of proof. They have presented no evidence of what payments they have made and of whether any of those payments are in default. Wells Fargo, on the other hand, has come forward with evidence that the debtors are delinquent in payments.

There is no equity in the Property. The Property is not necessary for an effective reorganization. Wells Fargo is not

adequately protected.

    For the foregoing reasons, the motion will be granted. Wells Fargo may submit a form of order so stating.

DATED: September 16 2010

WHITNEY RIMEL, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

   The undersigned deputy clerk in the office of the United
States Bankruptcy Court for the Eastern District of California
hereby certifies that a copy of the document to which this
certificate is attached was mailed today to the following
entities at the addresses shown below or on the attached list.

SEE ATTACHED LIST

DATED: 9/17/10                    By: /s/ Leticia Putinski
                                      Deputy Clerk

EDC 3-070 (Rev. 6/28/10)

1  service list for 10-16090:

2  Carl D. and Cynthia A. Thibodeaux
   10612 Prairie Stone Place
3  Bakersfield, CA 93311

4  Frank P. Samples, Esq.
   1400 Chester Ave., #A
5  Bakersfield, Ca 93301

6  Jeffrey M. Vetter
   Chapter 7 Trustee
7  P. O. Box 2424
   Bakersfield, CA 93303
8
   Dave M. McGraw, Esq.
9  LAW OFFICES OF DAVE M. McGRAW
   2890 North Main Street, Suite 307
10 Walnut Creek, CA 94597-2738

11 Office of the United States Trustee
   2500 Tulare Street
12 Suite 1401
   Fresno, California 93721
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28